# EXHIBIT F

**EXHIBIT F**
Claim Chart – U.S. Patent No. 9,336,307

| CLAIM ELEMENTS | DISCUSSION | INFRINGING LETROSONICS DEVICE |
|---|---|---|
| Claim 1. An apparatus or system for locally recording locally generated audio, said locally generated audio, said locally generated audio also being wirelessly transmitted to, and remotely recorded by, a remote recorder as remotely recorded data comprising: | The preamble of claim 1 is not limiting. Nonetheless, the PDR (1) is an apparatus for locally recording locally generated audio. The locally generated audio may be wirelessly transmitted to a remote recorder and recorded as remotely recorded data using a Lectrosonics MC70 cable and transmitter, such as a Lectrosonics wireless transmitter. | Ex. K (PDR Data Sheet) at 1. |
| at least one local audio device wearable by a creator of locally generated audio including: | The PDR (1) is a local audio device wearable by a creator of locally generated audio | |

| | | |
|---|---|---|
| at least one local audio device receiver for receiving at least one of the group consisting of digital data, time data, and audio data; | | Fig. 2<br><br>## Introduction<br><br>Congratulations on your purchase of the PDR (Personal Digital Recorder). On occasion, there is a need to record audio in circumstances where a traditional full sized recorder is impractical or even impossible. Whether it might be an extreme sport, a public speaking event, a wedding or a next to impossible location sound recording, the PDR is designed for the difficult audio capture. When talent is at an extreme distance or using a wireless microphone is not practical (knights in armor come to mind), the PDR can travel with your subject and record professional quality audio synchronized with timecode. The recorder is unobtrusive and easily hidden in garments and costumes, and easy to conceal when used as a "plant" microphone to capture environmental or location sound.<br><br>Ex. L (PDR Manual) at 2; *see also* Ex. K (PDR Data Sheet) at 1. |
| | The PDR (1) includes a Time Code Sync Port (3) coupled to hardware and/or software/firmware for receiving time data, e.g., time data from a timecode generator.<br><br>The PDR (1) also includes an Audio Input (2) coupled | <br>Fig. 3<br><br>Ex. L (PDR Manual) at 4. |

**EXHIBIT F**

Claim Chart – U.S. Patent No. 9,336,307

| | |
|---|---|
| to hardware and/or software/firmware for receiving and decoding digital data in the form of "dweedle tones" for controlling various functions of the PDR (1). | Fig. 4<br><br>**TC Jam (jam timecode)**<br>When TC Jam is selected, *JAM NOW* will flash on the LCD and the unit is ready to be synced with the time-code source. Connect the timecode source and the sync will take place automatically. When the sync is successful, a message will be displayed to confirm the operation.<br><br>*WARNING: Take your headphones off when jamming timecode. DO NOT leave timecode cable in place during recording.*<br><br>Timecode defaults to zero at power up if no timecode source is used to jam the unit. Timecode data is logged into the BWF metadata.<br><br>…<br><br>**Remote**<br>The recorder can be configured to respond to "dweedle tone" signals from the Lectro RM remote control or to ignore them. Use the arrow buttons to toggle between "yes" (remote control on) and "no" (remote control off). The default setting is "no."<br><br>*Id.* at 7. |

Fig. 5

## LectroRM

**By New Endian LLC**

LectroRM is a mobile application for iOS and Android operating systems. Its purpose is to remotely control Lectrosonics transmitters and PDR recorder, including:

- SM Series
- WM
- L Series
- PDR (pending - not active as of Oct 13, 2016)

The app remotely changes settings on these units through the use of encoded audio tones, which when received by the attached microphone, will alter the configured setting. The app was released by New Endian, LLC. The app is available for download and sells on the Apple App Store and Google Play Store.

LectroRM's remote control mechanism is the use of an audio tone sequence of ("dweedle tone") that are interpreted by the transmitter as a configuration change. The settings available in LectroRM for the PDR are:

- Record
- Stop
- Lock/unlock
- Absolute or relative level controls

*Id.* at 9.

**EXHIBIT F**
Claim Chart – U.S. Patent No. 9,336,307

| | | |
|---|---|---|
| at least one audio input port for receiving said locally generated audio from an audio input device, microphone, such as a wearable input device wearable by a creator of said locally generated audio, | The PDR (1) includes an Audio Input (2) for receiving locally generated audio from an audio input device (e.g., a wearable microphone, such as a wearable lavalier microphone). | **Fig. 6**<br>**Time Code**<br><br>Connector:      5-pin LEMO<br>Signal voltage:      0.5 Vp-p to 5Vp-p<br>Input impedance:      10 k Ohms<br>Format:      SMPTE 12M - 1999 compliant<br><br>Ex. K (PDR Data Sheet) at 2.<br><br>**Fig. 7**<br>**Versatility and Compatibility**<br><br>The PDR recorder can be tethered to a camera to capture a higher quality or backup audio recording. The headphone output doubles as a line output to feed the AV input on a camera.<br><br>The input connector is the industry standard TA5M jack that accepts any mic or line level signal, and provides bias voltage to power a wide variety of electret lavaliere microphones. The input connection and wiring is compatible with microphones pre-wired for "compatible" and "servo bias" configurations to feed 5-pin inputs on Lectrosonics wireless microphone transmitters.<br><br>Ex. L (PDR Manual) at 2. |

Fig. 8



1 — Micro SD card slot cover
2 — Audio Input
5 — Headphone/ Line output
4 —
3 — Time code sync port

The audio input circuitry is the essentially the same as on Lectrosonics SM and L Series transmitters. Any microphone wired as Lectrosonics "compatible" or "servo bias" will work with the PDR. See page 10 for details.

*Id.* at 4.

Fig. 9

# 5-Pin Input Jack Wiring

The wiring diagrams included in this section represent the basic wiring necessary for the most common types of microphones and other audio inputs. Some microphones may require extra jumpers or a slight variation on the diagrams shown.

…

**EXHIBIT F**
Claim Chart – U.S. Patent No. 9,336,307

Fig. 10

**Audio input jack wiring:**

**PIN 1**
Shield (ground) for positive biased electret lavaliere microphones. Shield (ground) for dynamic microphones and line level inputs.

**PIN 2**
Bias voltage source for positive biased electret lavaliere microphones that are not using servo bias circuitry and voltage source for 4 volt servo bias wiring.

**PIN 3**
Microphone level input and bias supply.

**PIN 4**
Bias voltage selector for Pin 3.
Pin 3 voltage depends on Pin 4 connection.

Pin 4 tied to Pin 1: 0 V
Pin 4 Open: 2 V
Pin 4 to Pin 2: 4 V

**PIN 5**
Line level input for tape decks, mixer outputs, musical instruments, etc.

*Id.* at 10.

Fig. 11
**Input**
Type:

Analog mic/line level compatible; servo bias preamp for 2V and 4V lavaliere microphones

Input level:

• Dynamic mic: 0.5 mV to 50 mV
• Electret mic: (need spec in uA?)
• Line level: 17 mV to 1.7 V

Input connector:

TA5M 5-pin male

*Id.* at 11.

**EXHIBIT F**
Claim Chart – U.S. Patent No. 9,336,307

| at least one memory; and | The PDR (1) includes a memory slot and a microSD memory card (4) for insertion within the slot. | Fig. 12<br><br>**Compatible memory cards**<br><br>The card should be a microSDHC memory card, speed class 10, or any UHS speed class, 4GB to 32GB. The recorder supports the UHS-1 bus type, marked on the memory card with an **I** symbol.<br><br>An example of typical markings:<br><br>Lexar 300x 32GB microSDHC I<br>— Speed class<br>— UHS speed class<br>— UHS bus type<br><br>4 — Insert the card with the label facing the keypad side of the recorder.<br><br>...<br><br>Ex. L (PDR Manual) at 3. |
| --- | --- | --- |
| at least one control unit electrically | The PDR (1) necessarily includes a control | |

| | | |
|---|---|---|
| coupled to said local audio device receiver, said audio input device, and said memory for creating local audio data and storing said local audio data in said memory; | unit, in the form of a processor, controller, hardware, software/firmware, and/or other circuitry, coupled to (i) the Time Code Sync Port (3) and related hardware and/or software/firmware for receiving time data; (ii) the Audio Input (2) and related hardware and/or software/firmware for receiving locally generated audio from the audio input device, as well as for decoding digital data in the form of "dweedle tones" for controlling various functions of the PDR (1); and (iii) the microSD memory card (4) for creating local | Fig. 13 **Broadcast Wave Format** With a timecode sync at the start of the production, the audio tracks include time data to make is easy to synchronize them in the timeline of a video clip. The industry standard BWF (.wav) file format is compatible with essentially any audio or video editing software. Ex. L (PDR Manual) at 2; *see also* Ex. K (PDR Data Sheet) at 1. |

**EXHIBIT F**

Claim Chart – U.S. Patent No. 9,336,307

| | | |
|---|---|---|
| | | |
| audio data and storing the local audio data in the microSD memory card (4). | | Fig. 14<br><br>**File Naming**<br>Filenames of the recordings can be set as a progressive sequence of numbers or as the time of the internal clock at the beginning of the recording.<br><br>**Backlight**<br>The recorder backlight can be set to turn off after either 5 minutes or 30 seconds, or stay on continuously.<br><br>**Bat Type**<br>Choose either Alkaline or Lithium battery type. The voltage of the installed battery will be shown at the bottom of the display.<br><br>**Date & Time**<br>Set the date and time on the recorder by using the MENU/SEL button to toggle through the options and the UP and DOWN arrow buttons to choose the appropriate number. Date and time are preserved during battery changes. Date and time are independent of the timecode. Date and time are preserved in the file attributes, timecode is written inside the file. The Main Window will indicate the time elapsed since the last power up or the timecode if it has been "jammed." If, however, the unit has been left without power for more than 90 minutes, the time and date will need to be reset.<br><br>Ex. L (PDR Manual) at 7. |

**EXHIBIT F**
Claim Chart – U.S. Patent No. 9,336,307

| | | |
|---|---|---|
| wherein said local audio data may be retrieved after said locally recording and combined with said remotely recorded audio data. | The local audio data of the PDR (1) may be retrieved (e.g., played back) and the local audio data may be combined with remotely recorded audio data. | Fig. 15<br><br>**Firmware Updates**<br><br>Firmware updates are made using the micro SD card. Download and copy the following firmware update files to a drive on your computer.<br><br>• ***pdr vX_xx.ldr*** is the firmware update file, where "X_xx" is the revision number.<br><br>*Id.* at 8.<br><br>Fig. 16<br><br>**Broadcast Wave Format**<br><br>With a timecode sync at the start of the production, the audio tracks include time data to make is easy to synchronize them in the timeline of a video clip. The industry standard BWF (.wav) file format is compatible with essentially any audio or video editing software.<br><br>**Versatility and Compatibility**<br><br>The PDR recorder can be tethered to a camera to capture a higher quality or backup audio recording. The headphone output doubles as a line output to feed the AV input on a camera.<br><br>The input connector is the industry standard TA5M jack that accepts any mic or line level signal, and provides bias voltage to power a wide variety of electret lavaliere microphones. The input connection and wiring is compatible with microphones pre-wired for "compatible" and "servo bias" configurations to feed 5-pin inputs on Lectrosonics wireless microphone transmitters.<br>Setup and adjustment is made through an intuitive interface provided by the keypad and LCD. In keeping with typical Lectrosonics mechanical designs, the housing is machined from a solid aluminum billet for the ruggedness needed in field production.<br><br>Ex. L (PDR Manual) at 2. |

| | | |
|---|---|---|
| Claim 2. A system according to claim 1, wherein said local audio data includes at least one identifier selected from the group consisting of track identifiers, local audio device identifiers, performer identifiers, and combinations thereof. | The local audio data of the PDR (1) includes an identifier, such as at least a portion of a filename, consisting of track identifiers. | Fig. 17<br>**Broadcast Wave Format**<br>With a timecode sync at the start of the production, the audio tracks include time data to make is easy to synchronize them in the timeline of a video clip. The industry standard BWF (.wav) file format is compatible with essentially any audio or video editing software.<br>Ex. L (PDR Manual) at 2; *see also* Ex. K (PDR Data Sheet) at 1. |

Fig. 18

**File Naming**

Filenames of the recordings can be set as a progressive sequence of numbers or as the time of the internal clock at the beginning of the recording.

**Backlight**

The recorder backlight can be set to turn off after either 5 minutes or 30 seconds, or stay on continuously.

**Bat Type**

Choose either Alkaline or Lithium battery type. The voltage of the installed battery will be shown at the bottom of the display.

**Date & Time**

Set the date and time on the recorder by using the MENU/SEL button to toggle through the options and the UP and DOWN arrow buttons to choose the appropriate number. Date and time are preserved during battery changes. Date and time are independent of the timecode. Date and time are preserved in the file attributes, timecode is written inside the file. The Main Window will indicate the time elapsed since the last power up or the timecode if it has been "jammed." If, however, the unit has been left without power for more than 90 minutes, the time and date will need to be reset.

Ex. L (PDR Manual) at 7.

**EXHIBIT F**

Claim Chart – U.S. Patent No. 9,336,307

| | | |
|---|---|---|
| Claim 3. An apparatus or system according to claim 1 wherein said at least one local audio device is at least one bodypack. | The PDR (1) is in the form of a body pack. | Fig. 19 |
| Claim 4. An apparatus or system according to claim 1 wherein said creator of said locally generated audio is a live performer. | The person creating locally generated audio using the PDR (1) is a live performer, such as an athlete, public speaker, wedding participant, or other performing talent. | **Introduction**<br><br>Congratulations on your purchase of the PDR (Personal Digital Recorder). On occasion, there is a need to record audio in circumstances where a traditional full sized recorder is impractical or even impossible. Whether it might be an extreme sport, a public speaking event, a wedding or a next to impossible location sound recording, the PDR is designed for the difficult audio capture. When talent is at an extreme distance or using a wireless microphone is not practical (knights in armor come to mind), the PDR can travel with your subject and record professional quality audio synchronized with timecode. The recorder is unobtrusive and easily hidden in garments and costumes, and easy to conceal when used as a "plant" microphone to capture environmental or location sound.<br><br>Ex. L (PDR Manual) at 2; *see also* Ex. K (PDR Data Sheet) at 1. |

| | |
|---|---|
| Claim 5. An apparatus or system according to claim 1 wherein said at least one local audio device further includes: | |
| | The PDR (1) includes a Headphone/Line Output (5) for outputting said local audio to an audio output device (such as headphones or a wireless transmitter). |

Fig. 20

# Introduction

Congratulations on your purchase of the PDR (Personal Digital Recorder). On occasion, there is a need to record audio in circumstances where a traditional full sized recorder is impractical or even impossible. Whether it might be an extreme sport, a public speaking event, a wedding or a next to impossible location sound recording, the PDR is designed for the difficult audio capture. When talent is at an extreme distance or using a wireless microphone is not practical (knights in armor come to mind), the PDR can travel with your subject and record professional quality audio, synchronized with timecode. The recorder is unobtrusive and easily hidden in garments and costumes, and easy to conceal when used as a "plant" microphone to capture environmental or location sound.

Ex. L (PDR Manual) at 2.

Fig. 21



Ex. L (PDR Manual) at 4.

**EXHIBIT F**
Claim Chart – U.S. Patent No. 9,336,307

| | | |
|---|---|---|
| at least one audio output port. | | Fig. 22<br>**Output**<br><br>The output can be configured as a line level output or as a headphone output. Press MENU/SEL to highlight the selected output type and use the UP and DOWN arrows to change the setting. Press BACK or MENU/SEL to save the setting.<br><br><br><br>*Id.* at 7.<br><br>Upon information and belief, Lectrosonics sells an MC70 cable designed to permit the PDR (1) to be coupled to a wireless transmitter (such as a Lectrosonics SM transmitter) for wirelessly coupling the PDR (1) to a remote receiver/recorder. |

| | | |
|---|---|---|
| | | |
| Claim 6. An apparatus or system according to claim 5 wherein said locally generated audio is transmitted | The PDR (1) is capable of transmitting local audio via Headphone/Line Output (5) to a receiver or recorder, directly by wired connection or | Fig. 23 <br><br>Ex. M (MC70 Cable Page) at 1; *see also* Ex. H (Gotham PDR Demo) ([https://www.youtube.com/watch?v=F1x1ImQgxY8k](https://www.youtube.com/watch?v=F1x1ImQgxY8k)).<br><br>Fig. 24<br><br>**Versatility and Compatibility**<br><br>The PDR recorder can be tethered to a camera to capture a higher quality or backup audio recording. The headphone output doubles as a line output to feed the AV input on a camera.<br><br>Ex. L (PDR Manual) at 2. |

**EXHIBIT F**

Claim Chart – U.S. Patent No. 9,336,307

| | | |
|---|---|---|
| from said at least one local audio output port directly or indirectly to a remote recorder. | indirectly via a wireless transmitter, such as the Lectrosonics Super Miniature Variable Power Transmitter ("SMV"), with MC70 cable. | Fig. 25<br><br><br><br>*Id.* at 4.<br><br>Fig. 26<br>**Output**<br><br>The output can be configured as a line level output or as a headphone output. Press MENU/SEL to highlight the selected output type and use the UP and DOWN arrows to change the setting. Press BACK or MENU/SEL to save the setting.<br><br>Press MENU/SEL to deselect *HEADPHONE* (no highlight) then use the UP and DOWN arrows to adjust the loudness<br><br>*Id.* at 7. |

**EXHIBIT F**
Claim Chart – U.S. Patent No. 9,336,307

| | | |
|---|---|---|
| Claim 7. An apparatus or system according to claim | | |
| | Said audio input device is a microphone. | Upon information and belief, Lectrosonics sells an MC70 cable designed to permit the PDR (1) to be coupled to a wireless transmitter (such as a Lectrosonics SM transmitter) for wirelessly coupling the PDR (1) to a remote receiver/recorder.<br><br>Fig. 27<br><br><br><br>Ex. M (MC70 Cable Page) at 1; *see also* Ex. H (Gotham PDR Demo) (https://www.youtube.com/watch?v=F1x1mQgxY8k). |

**EXHIBIT F**
Claim Chart – U.S. Patent No. 9,336,307

| 1 wherein said audio input device is a microphone. | | Fig. 28<br><br>## Versatility and Compatibility<br><br>The PDR recorder can be tethered to a camera to capture a higher quality or backup audio recording. The headphone output doubles as a line output to feed the AV input on a camera.<br><br>Ex. L (PDR Manual) at 2.<br><br>The input connector is the industry standard TA5M jack that accepts any mic or line level signal, and provides bias voltage to power a wide variety of electret lavaliere microphones. The input connection and wiring is compatible with microphones pre-wired for "compatible" and "servo bias" configurations to feed 5-pin inputs on Lectrosonics wireless microphone transmitters.<br><br>Fig. 29<br><br><br><br>The audio input circuitry is the essentially the same as on Lectrosonics SM and L Series transmitters. Any microphone wired as Lectrosonics "compatible" or "servo bias" will work with the PDR. See page 10 for details.<br><br>*Id.* at 4. |

**EXHIBIT F**
Claim Chart – U.S. Patent No. 9,336,307

Fig. 30

# 5-Pin Input Jack Wiring

The wiring diagrams included in this section represent the basic wiring necessary for the most common types of microphones and other audio inputs. Some microphones may require extra jumpers or a slight variation on the diagrams shown.

Fig. 31                                        ...

**Audio input jack wiring:**

**PIN 1**
Shield (ground) for positive biased electret lavaliere microphones. Shield (ground) for dynamic microphones and line level inputs.

**PIN 2**
Bias voltage source for positive biased electret lavaliere microphones that are not using servo bias circuitry and voltage source for 4 volt servo bias wiring.

**PIN 3**
Microphone level input and bias supply.

**PIN 4**
Bias voltage selector for Pin 3.
Pin 3 voltage depends on Pin 4 connection.

    Pin 4 tied to Pin 1:  0 V
    Pin 4 Open: 2 V
    Pin 4 to Pin 2:  4 V

**PIN 5**
Line level input for tape decks, mixer outputs, musical instruments, etc.

*Id.* at 10.

**EXHIBIT F**
Claim Chart – U.S. Patent No. 9,336,307

| Claim 8. An apparatus or system according to claim 1 wherein said at least one memory is removable from said at least one local audio device. | The microSD memory card (4) is removeable from the PDR (1). | **Fig. 32** **Input** Type: Analog mic/line level compatible; servo bias preamp for 2V and 4V lavaliere microphones • Dynamic mic: 0.5 mV to 50 mV • Electret mic: (need spec in uA?) • Line level: 17 mV to 1.7 V Input level: Input connector: TA5M 5-pin male *Id.* at 11. **Fig. 33** **Compatible memory cards** The card should be a microSDHC memory card, speed class 10, or any UHS speed class, 4GB to 32GB. The recorder supports the UHS-1 bus type, marked on the memory card with an **I** symbol. An example of typical markings:  ... |

| | |
|---|---|
| Claim 9. An apparatus or system according to claim 1 wherein said at least one memory is a memory card. | |
| The microSD memory (4) of the PDR (1) is a memory card. | |

Ex. L (PDR Manual) at 3.



Fig. 34
Insert the card with the label facing the keypad side of the recorder.

Fig. 35

**Compatible memory cards**

The card should be a microSDHC memory card, speed class 10, or any UHS speed class, 4GB to 32GB. The recorder supports the UHS-1 bus type, marked on the memory card with an **I** symbol.

An example of typical markings:

Speed class
UHS speed class
UHS bus type

…

**EXHIBIT F**
Claim Chart – U.S. Patent No. 9,336,307

| | | |
|---|---|---|
| Claim 10. An apparatus or system according to claim 1 wherein said time data includes at least one of the group consisting of hour data, minute data, second data, and combinations thereof. | The PDR (1) creates audio data in accordance with the BWF .WAV standard. This standard sets forth a specification for time code information that includes hour, minute, and second data.<br><br>Ex. L (PDR Manual) at 3. | <br><br>Fig. 36<br>Insert the card with the label facing the keypad side of the recorder.<br><br>Fig. 37<br><br>**2.3  Broadcast Audio Extension Chunk**<br><br>Extra parameters needed for exchange of material between broadcasters shall be added in a specific "Broadcast Audio Extension" chunk, defined as follows:<br><br>Ex. N (BWF Standard) at 9.<br><br>`CHAR    OriginationTime[8];  /* ASCII : «hh:mm:ss» */`<br>`DWORD   TimeReferenceLow;    /* First sample count since midnight, low word */`<br>`DWORD   TimeReferenceHigh;   /* First sample count since midnight, high word */`<br><br>*Id.* at 10. |

**EXHIBIT F**

Claim Chart – U.S. Patent No. 9,336,307

| | |
|---|---|
| | |
| Fig. 38<br>OriginationTime | 8 ASCII characters containing the time of creation of the audio sequence. The format shall be " 'hour'-'minute'-'second'-" with 2 characters per item. |
| | Hour is defined from 0 to 23.<br>Minute and second are defined from 0 to 59. |
| | The separator between the items can be anything but it is recommended that one of the following characters be used: |
| | '-' hyphen '_' underscore ':' colon ' ' space '.' stop |
| TimeReference | These fields shall contain the time-code of the sequence. It is a 64-bit value which contains the first sample count since midnight. The number of samples per second depends on the sample frequency which is defined in the field <nSamplesPerSec> from the . |
| Id. at 11. | |